```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA       :       CIVIL ACTION
                               :
         vs.                   :
                               :
FREDERICK A. RIECHLE, M.D.     :       NO. 96-2722
FREDERICK A. RIECHLE, M.D.,
P.C., ET AL.
```

**ORDER OF TRANSFER OUT OF CIVIL SUSPENSE FILE**

    **AND NOW**, this     day of January, 2004, it appearing to the court that the above entitled case should be transferred from the Civil Suspense File, it is

    **ORDERED** that the Clerk of Court transfer said case from the Civil Suspense File to the current docket for final disposition.


                                                     _____
                                                       JOHN P. FULLAM, Sr. J.


```
COPIES BY MAIL ON   1/12/04    TO: James G. Sheehan, Esquire
                                   Peter J. Scuderi, Esquire
                                   Alvin J. Bello, Esquire
                                   Stephen J. Britt, Esquire
                                   Michael R. Stiles, Esquire


Civ 15 (8/80)
```